FILED

2019 OCT -9 P 2: 36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

                                                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| UNITED STATES OF AMERICA, | Case No. **19CR4084 WQH** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation |
| AMERICA BELTRAN, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about July 2, 2019, within the Southern District of California, defendant AMERICA BELTRAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Magda Martinez Guzman, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//

KLSP:cms:San Diego:10/8/19

Count 2

On or about July 2, 2019, within the Southern District of California, defendant AMERICA BELTRAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Magda Martinez Guzman, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: October 9, 2019.

A TRUE BILL:

*[signature]*
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: *[signature]*

KEVIN L. SPENCER
Special Asst. U.S. Attorney